JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE BLANDA,<br><br>          Plaintiff,<br><br>     vs.<br><br>INGENIX SUBROGATION SERVICES dba in California as INGENIX, INC., a Delaware Corporation, UNITED HEALTHCARE INSURANCE COMPANY, dba in California as UNC OF CALIFORNIA, (dba) as UNITEDHEALTHCARE OF CALIFORNIA, a California Corporation; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. **SACV 11-0908-AG (MLGx)**<br><br>*Assigned For All Purposes To:*<br>*Hon. Andrew J. Guilford*<br><br>**ORDER GRANTING STIPULATED REQUEST TO DISMISS ACTION, WITH PREJUDICE** |

     Based on the stipulation of the parties and good cause appearing therefrom, the Court orders as follows:

     This action is DISMISSED, with prejudice, as to all parties and causes of action, with no award as to fees and costs to either party. **IT IS SO ORDERED.**

Dated:  October 11, 2011

_____
HON. ANDREW J. GUILFORD
United States District Judge

1
ORDER